**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSCAR LEMUS MARTINEZ, | Case No. 26-cv-00658-BAS-BLM |
| Petitioner, | |
| v. | **ORDER REQUIRING THE GOVERNMENT TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |
| WARDEN CHRISTOPHER LAROSE, | |
| Respondent. | |

Petitioner Oscar Lemus Martinez filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) Petitioner is self-represented. He claims that he has been detained by Immigration and Customs Enforcement "since May 27, 2025," but it appears that he was not detained at the border. (*See id.*) Petitioner alleges that he received a bond hearing on August 1, 2025, where the Immigration Judge granted bond, but the Government appealed the ruling. (*Id.*) It appears that the Board of Immigration Appeals ("BIA") set aside the bond ruling. (*See id.*)

Having reviewed the Petition, the Court finds that summary dismissal is unwarranted at this time. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory,

26cv0658

palpably incredible, or patently frivolous or false."). Therefore, the Court will order the Government to respond to the Petition. Accordingly, the Court **ORDERS** as follows:

1.  The Government must file a response to the Petition no later than **February 12, 2026**. The Government's response must address the allegations in the Petition and must include any documents relevant to the determination of the issues raised in the Petition. The Government must also address whether Petitioner is a member of the class under the Central District's decision in *Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025), as well as whether the BIA applied *Matter of Yajure Hurtado*, 29 I. & N. Dec. 216 (BIA 2025), to Petitioner's case.

2.  No Reply from Petitioner will be necessary unless requested by the Court.

3.  The Clerk of Court shall provide the Civil Division of the U.S. Attorney's Office with a copy of the Petition (ECF No. 1) and this Order.

**IT IS SO ORDERED.**

**DATED: February 5, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

26cv0658