UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR LEMUS MARTINEZ,<br><br>        Petitioner,<br><br> v.<br><br>CHRISTOPHER LAROSE,<br><br>        Respondent. | Case No. 26-cv-00658-BAS-BLM<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |

  Petitioner Oscar Lemus Martinez entered the United States as an unaccompanied minor in 2015. (ECF No. 1-2.) He was released from custody as he pursued his asylum case. (ECF No. 1.) Petitioner attended all six of his court-scheduled hearings. (*Id.*) He was re-detained ten years later on May 27, 2025, and received a bond hearing before an Immigration Judge. (*Id.*)

  On August 1, 2025, the Immigration Judge ordered Petitioner re-released on $1,500 bond. (ECF No. 1.) The Department of Homeland Security ("DHS") appealed. (*Id.*) Because of the decision by the Board of Immigration Appeals ("BIA") in *Matter of Yajure Hurtado*, 29 I. & N. Dec. 216 (BIA 2025), the BIA reversed the Immigration Judge's bond determination and found that Petitioner's detention was mandatory. (ECF No. 1-2.)

Petitioner now brings this petition *pro se*, seeking release on bond while he continues to pursue his asylum claim. (ECF No. 1.)

The Government filed a Return acknowledging "that Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF No. 4.) This Court has previously held in multiple cases that it agrees with the Central District in *Maldonado Bautista v. Santacruz*, __ F. Supp. 3d __, 2025 WL 3713982 (C.D. Cal. Dec. 18, 2025), that an individual in Petitioner's situation is not subject to mandatory detention under Section 1225. *See, e.g.*, *Gregorio v. LaRose*, No. 25-cv-03322-BAS-BJW, 2025 WL 3653998 (S.D. Cal. Dec. 17, 2025); *Zayas v. Gordon*, No. 26-cv-00237-BAS-DEB, 2026 WL 266275 (S.D. Cal. Feb. 2, 2026); *Trujillo v. Noem*, No. 26-cv-00268-BAS-VET, 2026 WL 266496 (S.D. Cal. Feb. 2, 2026). Hence, for all of the reasons stated in these previous opinions, the Court **GRANTS** the Petition.

Because Petitioner has already had a bond hearing before an Immigration Judge who ordered that Petitioner be released on $1,500 bond, the Court finds an additional bond hearing is not necessary. Accordingly, the Court issues the following writ:

> The Court **ORDERS** that Petitioner Oscar Lemus Martinez (A208-756-496) be released forthwith on $1,500 bond along with any other conditions ordered by the Immigration Judge in his case in August 2025.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

**DATED: February 12, 2026**

Hon. Cynthia Bashant, Chief Judge
United States District Court